UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IBN ROBINSON,

                Plaintiff,

        -against-

DEPARTMENT OF CORRECTIONS, ET AL.,

                Defendants.

25-cv-9138 (LTS)

CIVIL JUDGMENT

For the reasons stated in the February 26, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:    March 4, 2026
           New York, New York

              /s/ Laura Taylor Swain
              LAURA TAYLOR SWAIN
          Chief United States District Judge